ACCEPTED
03-14-00655-CR
5208749
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 1:46:51 PM
JEFFREY D. KYLE
CLERK



**ALLISON PALMER    GEORGE E. McCREA**

51ST & 119TH DISTRICT ATTORNEYS

124 W. Beauregard
San Angelo, Texas  76903

325/659-6583
325/658-6831 (Fax)

325/655-6116

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 1:46:51 PM
JEFFREY D. KYLE
Clerk

May 8, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Capitol Station
Austin, Texas  78711

Style:  Nathaniel J. Frazier, Jr. , Appellant v. The State of Texas—Case # **03-14-00655-CR**
Trial Court#  D-13-0958-SA , 391st District Court

Dear Mr. Kyle:

The State believes that the trial court ruled correctly in this case.  With regard to the Anders brief filed by Appellant, the State hereby notifies the Court that it will not respond on the merits to the points raised and conceded by Appellant's brief.  Please file this letter response with the papers in the cause and bring it to the attention of the appropriate members of the Court or its staff.

Sincerely,

_____
Jason Ferguson
Asst. District Attorney
51st Judicial District
124 W Beauregard, Ste. B
San Angelo, TX 76903
(325) 659-6583
(325) 658-6831  FAX
TSB# 24072092

cc:    Justin Mock
125 South Irving Street
San Angelo, Texas 7903
justin@ellisandmock.com via https://efile.txcourts.gov/